# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHY DICKERSON,
                    Appellant,
                    vs.
LAW OFFICE OF MARY F. CHAPMAN, LTD.,
                    Respondent.

No. 80762

FILED

SEP 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing an appeal from a small claims judgment. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because the district courts have final appellate jurisdiction over cases arising in the justice courts, this court entered an order directing appellant to demonstrate this court's jurisdiction. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Appellant has responded and concedes that the appeal is from a district court order affirming a justice court decision. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Given this order, respondent's motion to dismiss this appeal is denied as moot.

20-34690

cc: Hon. Eric Johnson, District Judge
Persi J. Mishel, Settlement Judge
Thomson Law PC
Law Office of Mary F. Chapman, Ltd.
Eighth District Court Clerk